FILED
SEP 02 2025
JUSTIN WETZEL
CIRCUIT CLERK
By _____ D.C.

| Sorrells Carlton<br>　　　　　Plaintiff<br>vs<br>Scarlet Pearl Casino Resort<br>　　　　　Defendant | Pleading Complaint,<br><br>In the County Court of Harrison County Second Judicial District,<br><br>Case Number: DA402.25 752 |
|---|---|

1. **The Parties are** Plaintiff Carlton Sorrells who is bringing complaint and civil suit to the courts for Labor Rights violations by the Defendant Scarlet Pearl Casino Resort who's CEO is Luann Pappas. Plaintiff address is: 18194 Campbell Circle, Gulfport, MS 39501. Defendant address is: 9380 Central Avenue, D'Iberville, MS 39540. Both are within Harrison county.

2. **Plaintiff's first complaint** is the Defendant has committed wage theft by violating overtime Labor Rights protected by USC Title 29, Chapter 8, Code 207. Doing so by repeatedly laboring the Plaintiff through their unpaid lunch break; Plaintiff will present evidence of. This is interpreted and enforced by CFR Title 29, Subtitle B, Chapter V, Subchapter B, Part 778 Section 223, *and* Part 785 Sections:
   - 13 Duty-of-Management,
   - 15 On-Duty,
   - 17 On-Call,
   - 18 Rest, *and particularly*
   - Section 19(a) Bona-Fide-Meal

3. **Plaintiff's second complaint** is the Defendant has committed the actions of paragraph (2) in this pleading in willful negligence, doing so fully knowing and in complete awareness, of the situation; as the Plaintiff has ensured every level of management, from entry-level management to the CEO, was informed and aware; Plaintiff will be presenting evidence of such. This then escalates to a violation of USC Title 29, Chapter 8, Code 216(E (2)). Further enforced by CFR Title 29 "-" Part 578 Section 3(C (1)) and Section 3(C (3)).

4. **Relief sought** by Plaintiff from the Defendant is for a total of $103,000. Broken down as:
   - **$7,000** for violations stated in paragraph (2), of recoverable stolen wages that Plaintiff has a right to, protected by USC 29-8-16(B) as it states *"shall be liable to"*. The wages stolen are $3,500, plus equal liquidated damages under code 216(B).

   - **$56,000** for wanton conduct stated in paragraph (3) of this pleading under USC 29-8-216(E (2)) *"shall be subject to a civil penalty"*, at a sought penalty of $200 for each violation, of 280 violations. The plaintiff was employed from Jan 10th 2024 to Feb 11th 2025, which is 56 weeks and 6 days. At 5 days per week multiplied by 56 weeks is 280.

   - **$40,000** in punitive damages allowed to be requested under MSC Title 11, Chapter 1, Section 65.

5. **Plaintiff would like to request** in advance: any counter claims, complaints, suits, or alike should be dismissed as USC 29 Chpt 8 Code 215(A (3)) prohibits retaliatory action, in summarizing terms for the purposes here, for the assertion of employee rights. Plaintiff will present evidence that the defendant has stated intentions of abusing the legal system in such manner.

18194 Campbell Cir.
Gulfport MS 39501

Carlton Sorrells

September 2nd, 2025

EXHIBIT A

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:** 24 2 CO
County # 24 | Judicial District 2 | Court ID CO (CH, CI, CO)

**Case Year:** 2025

**Docket Number:** 00752

**Local Docket ID:** ABB

Date filed: 09 02 25 (Month/Date/Year) — *This area to be completed by clerk*

In the COUNTY ☑ — Court of HARRISON ☑ County — SECOND ☑ Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** Last Name: Sorrells | First Name: Carlton | Maiden Name: — | M.I.: A | Jr/Sr/III/IV: —

**Address of Plaintiff:** 18194 Campbell Circle, Gulfport, MS 39501

**Attorney (Name & Address):** —  **MS Bar No.:** —

[X] Check if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: *Carlton Sorrells*

### Defendant
**Individual:** — (blank)

**Business:** Scarlet Pearl Casino Resort — 9380 Central Avenue, D'Iberville, MS 39540

**Attorney (Name & Address) - If Known:** —  **MS Bar No.:** —

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [X] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

[ ] Check if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

IN THE COUNTY COURT OF  Harrison  COUNTY, MISSISSIPPI
Second  JUDICIAL DISTRICT

Sorrells Carlton
_____ PLAINTIFF

V                                                                                          CIVIL ACTION NO. D2402-25-752

Scarlet Pearl Casino Resort
_____ DEFENDANT

## RULE 4 SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF Harrison

TO: Scarlet Pearl Casino Resort  Name
9380 Central Ave  Address
D'Iberville, MS 39540  City, State, Zip

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Carlton S., ~~the attorney for~~ the Plaintiff, whose post office address is Post Office Box _____, MS _____, and whose street address is 18194 Campbell Cir, Gulfport, Mississippi 39501.

YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this 2nd day of September, 2025.

(Seal)

_____, CLERK
OF _____ COUNTY, DC
By: _____
Deputy Clerk

JUSTIN WETZEL, CIRCUIT CLERK
HARRISON COUNTY
PO BOX 235
BILOXI, MS 39533

RECEIVED THIS _____ DAY OF _____ _____, _____.

BY: _____
        SHERIFF

RETURN

STATE OF MISSISSIPPI
COUNTY OF _____

☐ I personally delivered copies of the summons and complaint on the _____ day of _____, 20_____ to:

_____

☐ After exercising reasonable diligence, I was unable to deliver copies of the summons and complaint to _____ within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20_____, at the usual place of abode of said _____ by leaving a true copy of the summons and complaint with _____, who is the _____ (husband, wife, son, daughter, etc), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20_____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐ I was unable to serve the summons and complaint.

THIS the _____ day of _____, 20_____.

_____, SHERIFF
OF _____ COUNTY, MISSISSIPPI

BY: _____
        Deputy Sheriff